**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| SHERIF RIAD, | No. 1:26-cv-01382-MLB-JEM |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC'S

The undesigned counsel for Defendant Equifax Information Services, LLC hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against **EQUIFAX INFORMATION SERVICES LLC** ("Equifax") in this action.  The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the Plaintiff shall file a Notice of Dismissal with prejudice. It is respectfully requested that the matter against Equifax be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated: April 29, 2026

By: */s/ Sherif Riad*
Sherif Riad, *plaintiff pro se*
829 Cog Hill
McDonough, GA  30253

By*:  /s/ Christine Susan Kapur*
Christine Susan Kapur
Georgia Bar No. 197008
christine.kapur@equifax.com
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 5.1C, I hereby certify that the foregoing motion has been prepared with Times New Roman, 14-point font.

By: */s/ Christine Kapur*
Christine Susan Kapur

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I presented the foregoing NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

Sherif Riad, *plaintiff pro se*

829 Cog Hill

McDonough, GA 30253

sherifriad1969@yahoo.com

*/s/ Christine Kapur*
Christine Susan Kapur