# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Sherif Riad,

        Plaintiff,

v.

                                     Case No. 1:26-cv-1382-MLB

Equifax Information Services,
LLC,

        Defendant.

_____/

## **ORDER**

The parties have announced that this case has settled.  The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.  The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement.  If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner.  The parties need only file a motion to reopen the case if settlement negotiations fail.

**SO ORDERED** this 29th day of April, 2026.

_____

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE